# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Quera Pruitt, on behalf of herself and all
other similarly situated,

Case No. 11-cv-02143-DSD-JJK

                              Plaintiff,

vs.                                                    **ORDER**

Dr. Beth Borgen, in her individual official
capacity; and Red Wing Public Schools,
ISD #256,

                              Defendants.

Based on the foregoing Stipulation of the parties, and the court having conducted an in-camera review of the General Release and Settlement Agreement entered into between the parties, the court hereby finds that the Petition for Approval of Settlement is provident and appropriate in all respects and further finds that the benefit of publication of the General Release and Settlement Agreement outweighs any harm to the confidentiality and privacy interests of Plaintiff Quera Pruitt.

Therefore, the court hereby ORDERS that:

1. The General Release and Settlement Agreement entered into between the parties is approved in accordance with Minnesota Statutes § 466.08.

2.      The General Release and Settlement Agreement entered into between the parties

may be released to the public pursuant to Minn. Stat. §§ 13.03, subd. 6 and 13.32, subd.

3(b).

Dated:  July 31, 2012

                                                  s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court