# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Quera Pruitt, on behalf of herself and all other similarly situated, | Case No. 11-cv-02143-DSD-JJK |
| Plaintiff, | |
| vs. | **ORDER FOR JUDGMENT** |
| Dr. Beth Borgen, in her individual official capacity; and Red Wing Public Schools, ISD #256, | |
| Defendants. | |

IT IS HEREBY ORDERED that based upon the Stipulation between the parties, the above-entitled action shall be, and the same hereby is, dismissed with prejudice, on the merits, but without further costs, disbursements, interest or fees of any kind to any party.

Dated: August 2, 2012

                                                      s/David S. Doty
                                                      David S. Doty, Judge
                                                      U.S. District Court