✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Quera Pruitt, on behalf of herself and all
other similarly situated

### JUDGMENT IN A CIVIL CASE

       Plaintiff,

  V.

                           Case Number:  11-cv-2143 DSD/JJK

Dr. Beth Borgen, in her individual official
capacity; and Red Wing Public Schools, ISD
#256

       Defendant,

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury
has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or
heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
based upon the Stipulation between the parties, the above-entitled action shall be, and the same hereby is,
dismissed with prejudice, on the merits, but without further costs, disbursements, interest or fees of any kind to
any party.

August 3, 2012
Date

RICHARD D. SLETTEN, CLERK

s/ Katie Thompson

(By)           Katie Thompson   Deputy Clerk

Form Modified:  09/16/04